UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22880-DPG

**OSCAR HERRERA**,

    Plaintiff,

vs.

**SWEETGREEN RESTAURANTS,
INC., a foreign for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA and Defendant SWEETGREEN RESTAURANTS, INC., through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them with thirty (30) days from the date of this Notice to finalize their settlement agreement and file the appropriate dismissal document.

Dated: September 3, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email:duranandassociates@gmail.com |
| By   *s/ Roderick V. Hannah* | By   *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**LITTLER MENDELSON, P.C.**
Counsel for Defendant
111 North Orange Avenue, Suite 1750
Orlando, FL  32801-2366
(407) 393-2900
krivera@littler.com

By ___*/s/ Kimberly R. Rivera*___
      KIMBERLY R. RIVERA
      Fla. Bar No. 124822